**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

JEREMY V. PINSON,                           )
                                            )
      Plaintiff,                        )
                                            )
vs.                                         )      Case No. CIV-06-1372-F
                                            )
JOHN WHETSEL, et al.,                       )
                                            )
      Defendants.                       )

## ORDER

Magistrate Judge Robert E. Bacharach's "Report and Recommendation Concerning Motions for Preliminary Injunctions" (doc. no. 41) is before the court. The Report recommends that the court deny various motions for preliminary injunctions filed by the plaintiff. (Motions at doc. nos. 6, 14, 19, 32-33, 36.)  Plaintiff has objected to the Report.

As required by 28 U.S.C. § 636(b)(1), the court has reviewed all objected to matters *de novo*.  Plaintiff appears *pro se*, and his pleadings are liberally construed. That fact, however, in no way excuses plaintiff from any of the necessary showings in support of his motions.  A preliminary injunction is an extraordinary remedy. Having reviewed the motions, the court concludes that plaintiff has failed to make the showings required in support of his motions.  The court also finds and concludes that it agrees with the analysis and recommendations of the magistrate judge and that  no purpose would be served by any further analysis here.

Accordingly, Magistrate Judge Bacharach's Report and Recommendation of January 29, 2007 is **ACCEPTED**, **ADOPTED**, and **APPROVED**, and plaintiff's motions for preliminary injunctions (doc. nos. 6, 14, 19, 32-33, 36) are **DENIED**.

This matter remains referred to the magistrate judge.

Dated this 15th day of February, 2007.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

06-1372p002.wpd